# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2025

SEAN F. McAVOY, CLERK

ECF No. 55

| U.S.A. vs. | Gonzales, David P | Docket No. | 0980 1:25CR02099-MKD-2 |

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW  Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, David P Gonzales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 9th day of October 2025, under the following conditions:

**Standard Condition No. 8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The following petition is an amended request to cancel the warrant and issue a summons on the warrant request previously submitted to the Court on November 13, 2025 (ECF No. 51), due to Mr. Gonzales' current medical condition.

The conditions of release were reviewed and signed by Mr. Gonzales on October 9, 2025, acknowledging his understanding of the pretrial release conditions.

**Violation No. 1**: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, fentanyl, on or before October 23, 2025.

On October 23, 2025, Mr. Gonzales reported to the probation office as directed. Mr. Gonzales provided a urinalysis (UA), which was presumptive positive for fentanyl. Mr. Gonzales denied knowing or consuming any drugs. Mr. Gonzales acknowledged that he did not see a line for fentanyl on the testing cup, which indicates a positive UA. Mr. Gonzales said the only thing he could think of that would cause a positive UA is that he took a "sex pill" from AM/PM. The UA was packaged in front of Mr. Gonzales to be sent to the lab for confirmation of fentanyl.

On October 30, 2025, the UA returned from the lab, confirming a positive test for fentanyl.

**Violation No. 2**: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, fentanyl, on or before November 3, 2025

On November 3, 2025, Mr. Gonzales reported to the probation office as directed. Mr. Gonzales provided a UA, which was presumptive positive for fentanyl. Mr. Gonzales denied knowing or consuming any drugs. Mr. Gonzales acknowledged that he did not see a line for fentanyl on the testing cup, which indicates a positive UA. The UA was packaged in front of Mr. Gonzales to be sent to the lab for confirmation of fentanyl.

On November 11, 2025, the UA returned from the lab, confirming a positive test for fentanyl.

PS-8
**Re: Gonzales, David P**
**November 24, 2025**
**Page 2**

PRAYING THAT THE COURT WILL AMENDED THE WARRANT AND ISSUE A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:     November 24, 2025 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt
U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ] No Action
[  ] The Issuance of a Warrant
[X] The Issuance of a Summons
[  ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[X] Other     QUASH the Arrest Warrant issued at ECF No. 53.
AMEND ECF Nos. 51 and 52.

_Alexander C. Ekstrom_
Signature of Judicial Officer

11/25/2025
Date